# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 23, 2022

## NO. 03-21-00222-CV

**Aniol III, Ltd. d/b/a River Gardens, Appellants**

**v.**

**D. B. and C. P., Individually and as Next Friends of D. P.,
an Incapacitated Adult, Appellees**

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the interlocutory order signed by the trial court on April 19, 2021. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal with prejudice. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.